*Bernard Katzen* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum, Wendell P. Brown* and *Harry Pastor* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROES-SEL and VAN VOORHIS, JJ.

ALBERT A. HALL, Respondent, *v.* MUTUAL LIFE INSURANCE COM-PANY OF NEW YORK, Defendant, and CEBRA Q. GRAVES et al., as Executors of BARBARA C. GRAVES, Deceased, Impleaded Defendants-Appellants.

Argued February 24, 1954; decided April 8, 1954.

*John W. Burke, Jr.,* and *Burton H. Brody* for appellants.

*Arthur M. Moritz, Cornelius P. Cotter* and *Harry Sabbath Bodin* for respondent.

*James D. Ewing* and *Eugene Z. Du Bose* for Life Insurance Association of America, *amicus curiæ,* in support of respondent's position.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of JAMES FARRELL, Individually and on Behalf of All Others Similarly Situated, Appellant, against FRANK X. SULLIVAN et al., Constituting the Board of Transportation of the City of New York, Respondents.

Argued February 23, 1954; decided April 8, 1954.